| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF IDAHO |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **PNW Arms, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1248159** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1293 E. Freeze Road** <br> **Potlatch, ID 83855** <br> Number, Street, City, State & ZIP Code <br><br> **Latah** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor **PNW Arms, LLC** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **PNW Arms, LLC** _____  Case number (*if known*) _____
Name

11. **Why is the case filed in *this district?***  *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
             Contact name     _____
             Phone            _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**  .  *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999

    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000

    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than100,000

15. **Estimated Assets**

    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million

    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million

    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million

    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million

    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

Debtor  **PNW Arms, LLC**                                                Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 21, 2016**
MM / DD / YYYY

**X**  **/s/ Mark Baciak**                                    **Mark Baciak**
Signature of authorized representative of debtor              Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X**  **/s/ Bruce A. Anderson**                              Date  **June 21, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**Bruce A. Anderson**
Printed name

**Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd.**
Firm name

**320 East Neider Avenue**
**Suite 102**
**Coeur D Alene, ID 83815**
Number, Street, City, State & ZIP Code

Contact phone  **(208) 667-2900**      Email address  **brucea@ejame.com**

**3392**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

Fill in this information to identify the case:

Debtor name: **PNW Arms, LLC**

United States Bankruptcy Court for the: **DISTRICT OF IDAHO**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PNW East<br>310 T Elmer Cox Road<br>Greeneville, TN 37743 | | Machinery Deposit | | | | $1,618,500.00 |
| PNW Properties<br>1293 E. Freeze Road<br>Potlatch, ID 83855 | | Business Loan to Debtor | | | | $726,000.00 |
| TTB<br>P.O. Box 979055<br>Saint Louis, MO 63197-9000 | | Excise Taxes for Prior Quarters, and Second Quarter 2016 Estimate | | | | $246,077.81 |
| Smart Nano Materials<br>445 E Cheyenne Mountain Blvd<br>Colorado Springs, CO 80906 | | Research, Samples of Materials, Molds and Injection Machine | | | | $97,115.00 |
| Chase Ink.<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | Business Expenses | | | | $78,000.00 |
| BioStat, LLC<br>c/o LSQ<br>P.O. Box 404322<br>Atlanta, GA 30384-4322 | | Celox | | | | $57,000.00 |
| CNC<br>P.O. Box 51160<br>Los Angeles, CA 90074-1160 | | Haas Equipment, 60 Month Lease to Purchase | | | | $55,000.00 |
| Zions Bank<br>P.O. Box 30833<br>Salt Lake City, UT 84130-0833 | | Business Expenses | | | | $43,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **PNW Arms, LLC**
    Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brent Zehrung** P.O. Box 9512 Moscow, ID 83843 | | Rent | | | | $35,350.00 |
| **Aterria Corp.** 2018 156th Ave NE, Ste. 100 Bellevue, WA 98007 | | Computer Maintenance | | | | $19,168.00 |
| **Michael Santora** 5103 N. Elm Street Spokane, WA 99205 | | Engineering Contract Work and Priming Machine | | | | $14,900.00 |
| **Ammo Importers** 17959 Bluegrass Road Ramona, CA 92065 | | Brass | | | | $14,232.00 |
| **Weiss North America** 3860 Ben Hur Avenue Willoughby, OH 44094 | | Balance of Table, not yet in Debtor's Possession | | | | $6,022.50 |
| **IRS** Ogden, UT 84201 | | Federal Payroll Taxes | | | | $6,000.00 |
| **Agescan International, Inc.** 7202 State Route 270 Pullman, WA 99163 | | Tungsten Supplier | | | | $4,798.39 |
| **Superior Floors** 625 West A Street Moscow, ID 83843 | | Office Flooring | | | | $4,116.96 |
| **Redinger Fire and Security** 781 Indian Hills Moscow, ID 83843 | | Security System | | | | $3,980.00 |
| **Idaho Unemployment Tax** 317 West Main Street Boise, ID 83735 | | Quarterly Unemployment Taxes | | | | $2,500.00 |
| **Idaho State Tax Comm** P.O. Box 76 Boise, ID 83707-0076 | | Quarterly Payroll Taxes | | | | $2,500.00 |
| **General Plug** 455 North Main Street Grafton, OH 44044 | | Bullet Supplier | | | | $2,264.00 |

```
Agescan International, Inc.
7202 State Route 270
Pullman, WA 99163



Ammo Importers
17959 Bluegrass Road
Ramona, CA 92065



Aterria Corp.
2018 156th Ave NE, Ste. 100
Bellevue, WA 98007



Avidia Bank
P.O. Box 370
Hudson, MA 01749



BioStat, LLC
c/o LSQ
P.O. Box 404322
Atlanta, GA 30384-4322



Bixby Machine Tool Supply
1218 N. Fancher Road
Spokane, WA 99212



Brent Zehrung
P.O. Box 9512
Moscow, ID 83843



Chase Ink.
P.O. Box 94014
Palatine, IL 60094-4014



CNC
P.O. Box 51160
Los Angeles, CA 90074-1160
```

```
Dale Taylor Construction
3181 Genesee Juliaetta Road
Juliaetta, ID 83535



DHL Express
16592 Collections Center Dr.
Chicago, IL 60693



Frontier Communications
P.O. Box 2951
Phoenix, AZ 85062-2951



Gary Anderson, LLC
1020 McBride Road
Potlatch, ID 83855



General Plug
455 North Main Street
Grafton, OH 44044



Idaho State Tax Comm
P.O. Box 76
Boise, ID 83707-0076



Idaho Unemployment Tax
317 West Main Street
Boise, ID 83735



IRS
Ogden, UT 84201



Latah County Solid Waste
P.O. Box 8068
Moscow, ID 83843
```

```
Latah County Tax Collector
P.O. Box 8068
Moscow, ID 83843-8068



Michael Santora
5103 N. Elm Street
Spokane, WA 99205



Moscow Building Supply
760 North Main Street
Moscow, ID 83843



MTS
14103 W. Coulee Hite Road
Spokane, WA 99224



Overhead Door
P.O. Box 38
New Plymouth, ID 83655



PNW East
310 T Elmer Cox Road
Greeneville, TN 37743



PNW Properties
1293 E. Freeze Road
Potlatch, ID 83855



POF USA
23011 N. 16th Lane
Phoenix, AZ 85027



Ray Quinney   Nebeker P.C
36 South State Street, Suite
P.O. Box 45385
Salt Lake City, UT 84145-0385
```

```
Redinger Fire and Security
781 Indian Hills
Moscow, ID 83843




Smart Nano Materials
445 E Cheyenne Mountain Blvd
Colorado Springs, CO 80906




Superior Floors
625 West A Street
Moscow, ID 83843




TTB
P.O. Box 979055
Saint Louis, MO 63197-9000




Weiss North America
3860 Ben Hur Avenue
Willoughby, OH 44094




Wesco
P.O. Box 31001-0465
Pasadena, CA 91110-0465




X-Caliber
3465 U.S. Hwy 2 West
Kalispell, MT 59901




Zions Bank
800 West Main Street
Suite 700
Boise, ID 83702




Zions Bank
P.O. Box 30833
Salt Lake City, UT 84130-0833
```

# United States Bankruptcy Court
## District of Idaho

In re  **PNW Arms, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **PNW Arms, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 21, 2016**
Date

**/s/ Bruce A. Anderson**
**Bruce A. Anderson 3392**
Signature of Attorney or Litigant
Counsel for **PNW Arms, LLC**
**Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd.**
**320 East Neider Avenue**
**Suite 102**
**Coeur D Alene, ID 83815**
**(208) 667-2900 Fax:(208) 667-2150**
**brucea@ejame.com**